ACCEPTED
03-14-00519-CV
3643961
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 9:39:04 AM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-14-00519-CV

| | | |
|---|---|---|
| **JOHN THOMAS AIKEN** | § | **IN THE COURT OF APPEALS** |
| **Appellant** | § | |
| | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| **vs.** | § | **THIRD JUDICIAL DISTRICT** 1/5/2015 9:39:04 AM |
| | § | |
| | § | JEFFREY D. KYLE<br>Clerk |
| **ANGELIQUE S. NAYLOR and** | § | |
| **WELLS FARGO BANK, N.A.,** | § | |
| **Appellees** | § | **SITTING AT AUSTIN, TEXAS** |

## APPELLEE NAYLOR'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

Appellee Naylor asks the court to extend the time to file her brief.

### A. INTRODUCTION

1.      Appellant is John Thomas Aiken; Appellee is Angelique S. Naylor; Appellee Wells Fargo Bank, N.A., has been dismissed from this appeal.

2.      No rule limits the time within which to file this motion to extend.

### B. ARGUMENT & AUTHORITIES

4.      The court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file the brief.

5.      Appellee Naylor's brief is due on January 5, 2015.

6.      Appellee Naylor requests an additional twenty-five (25) days to file her brief, extending the time until January 30, 2015.

7.      No other extension has been granted.

8.      Appellee Naylor requests additional time to file her brief because her counsel has been unable to complete the brief by the deadline. During the past month, Appellee Naylor's attorney has had other work that has prevented counsel from completing the brief timely, which includes obtaining a temporary injunction in cause number D-1-GN-14-000207 in the 53rd Judicial District Court of Travis County, planning and preparing for mediation in cause number

13-1351-CV, a complex company restructuring for the new year, discovery review in a collections matter, and reviving a company forfeiture. Also, the undersigned had scheduled extensive time out of the office in relation to the Christmas holiday and New Year, severely limiting the time that the undersigned had to devote to the brief.

9. The undersigned certifies that he conferred with Jason Billick of William Gammon's office, counsel for appellee, via email and attempted in good faith to reach an agreement concerning the subject of this motion. Mr. Billick stated he did not oppose the extension.

## PRAYER

For these reasons, appellant asks the court to extend until January 30, 2015, the deadline to file appellee Naylor's brief.

Respectfully submitted,

BY:

RUSSELL FROST 24063687
rfrost@russellfrostlaw.com
Law Office of Russell Frost
711 West 7th Street
Austin, Texas 78701
Tel: (512) 225-5590
Fax: (512) 692-2895
ATTORNEYS FOR APPELLEE NAYLOR

## CERTIFICATE OF CONFERENCE

I certify that counsel for Appellee Naylor has conferred with Appellant's counsel, and Appellant's counsel does not oppose the motion.

RUSSELL FROST

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon the following in accordance with the Texas Rules of Civil Procedure on this the 5th day of January, 2015, to Mr. Gammon by email.

WILLIAM B. GAMMON, SBN: 07611280
KARLA HUERTAS, SBN: 24087765
1201 Spyglass Drive, Ste 100
Austin, Texas 78746
Phone: 512-444-4529
Fax: 512-545-4279
firm@gammonlawoffice.com
Attorney for Appellant John Thomas Aiken

RUSSELL FROST